Altagrace Albert

V

Racetrac Petroleum



Case No. : 10-60480

1- Here is some evidence I have : James Martinez as the store manager of the store 57 , has failed mystery shop three times in 1 ½ month 1st time was august 9, 2007, 2nd time was august 31, 2007 and the 3rd time was September 5, 2007. His 1st score was 94.55,-81.82, 2nd score 97.73 Cs 100 and the 3rd one 89.09-Cs 63.64 and after that instead of getting fired he got promoted as area supervisor .

2-

2nd employee I knew and I use to work with was also failed mystery shop more than 2 times and still had her job, 3rd one was Charmica august23,2007 and august 27,2007 right after two days which is so clear ; and I have so many more. My concern is when people failed mystery shopper there is a training class they always take for me it's different cause they tell me that I failed mystery shop 3 times I dont even have a chance to know that until I got fired and they suppose to write you up 1st time than take the training class, 2nd one you suppose also to get another write up then the training class . For me that never happen .

**I will feel good if the court could order a lie detector test for me I will be so happy because im really fighting for my right and others to be respect.**

*[signature]*

(954) 394-0363
6775 landings DR #202
Lauderhill Fl, 33319