UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-60480-CIV-COHN/SELTZER

ALTAGRACE ALBERT,
formerly known as ALTAGRACE FRANCOIS,

    Plaintiff,
v.

RACETRACK PETROLEUM, INC.,

    Defendant.
_____/

## **FINAL SUMMARY JUDGMENT**

**THIS CAUSE** is before the Court upon the separately entered order granting Defendants' Motion for Summary Judgment. Accordingly it is **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Racetrack Petroleum, Inc., and against the Plaintiff, Altagrace Albert, f/k/a Altagrace Francois, and Plaintiff shall take nothing from Defendants in this action. The Clerk may close this case and deny any remaining pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of January, 2011.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Altagrace Albert, pro se, via email to altasha75@live.com

Steven A. Siegal, Esq./Candice C. Pinares-Baez, Esq.
via CM/ECF email